# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br><br>CARLOS BARROLA-MAISR<br><br>                    Defendant. | Case No. 23 MJ 549<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 27th day of July, ____.

[FILED stamp: JUN 27 2023, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]

_____
UNITED STATES MAGISTRATE JUDGE

1