1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar Number 7709
JUSTIN WASHBURNE
3 | Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
4 | Las Vegas, Nevada 89101
Telephone: 702.388.6378
5 | Justin.Washburne@usdoj.gov
*Attorneys for the United States*

6

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

8 | UNITED STATES OF AMERICA,                   Case No. 2:23-mj-00549-DJA

9 |                   Plaintiff,                ORDER **to Extend Deadlines to
                                               Conduct Preliminary Hearing and
10 |          v.                                File Indictment (First Request)**

11 | CARLOS BARRERA-MAISEL,
         aka "CARLOS BARRERA"
12 | aka "CARLOS MAISEL"
     aka "CARLOS OSWALDO
13 |      BARRERA-MAISEL,"

14

15 |                   Defendant.

16

17 |       IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

18 | Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney,

19 | counsel for the United States of America, and T. Kayvan Les , Assistant Federal

20 | Public Defender, counsel for Defendant CARLOS BARRERA-MAISEL that the Court

21 | schedule the preliminary hearing in this case for no earlier than 75 days from the date of the

22 | filing of this stipulation. This request requires that the Court extend two deadlines: (1) that a

23 | preliminary hearing be conducted within 14 days of a detained defendant's initial

24

1 appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed

2 within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

3   This stipulation is entered into for the following reasons:

4   1.   The United States Attorney's Office has developed an early disposition

5 program for immigration cases, authorized by the Attorney General pursuant to the

6 PROTECT ACT of 2003, Pub. L. 108-21.

7   2.   The early disposition program for immigration cases is designed to: (1) reduce

8 the number of hearings required in order to dispose of a criminal case; (2) avoid having

9 more cases added to the court's trial calendar, while still discharging the government's duty

10 to prosecute federal crimes; (3) reduce the amount of time between complaint and

11 sentencing; and (4) avoid adding significant time to the grand jury calendar to seek

12 indictments in immigration cases, which in turn reduces court costs.

13   3.   The government has made a plea offer in this case that requires defendant to

14 waive specific rights and hearings in exchange for "fast-track" downward departure under

15 USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is

16 indicted and before a preliminary hearing is held.

17   4.   Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the

18 preliminary hearing within a reasonable time, but no later than 14 days after the initial

19 appearance if the defendant is in custody . . . ."

20   5.   However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a

21 showing of good cause—taking into account the public interest in the prompt disposition of

22 criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more

23 times . . . ."

24

6.     Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7.     Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept the fast-track plea agreement.

8.     Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 75 days from today's date.

9.     Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation .

10.    The parties agree to the extension of that deadline.

11.    This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12.    Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13.    In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

14.     This is the first request for an extension of the deadlines by which to conduct

the preliminary hearing and to file an indictment.

DATED this ___ day of June, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Justin Washburne*
JUSTIN J. WASHBURNE
Assistant United States Attorneys

Assistant Federal Public Defender
Counsel for Defendant
CARLOS BARRERA-MAISEL

1   JASON M. FRIERSON
United States Attorney
2   Nevada Bar Number 7709
JUSTIN WASHBURNE
3   Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
4   Las Vegas, Nevada 89101
Telephone: 702.388.6378
5   Justin.Washburne@usdoj.gov
*Attorneys for the United States*

6

                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,          Case No. 2:23-mj-00549-DJA

9              Plaintiff,              **Order on Stipulation to
                                       Extend Deadlines to Conduct Preliminary
10         v.                          Hearing and File Indictment**

11  CARLOS BARRERA-MAISEL,
        aka "CARLOS BARRERA"
12      aka "CARLOS MAISEL"
        aka "CARLOS OSWALDO
13         BARRERA-MAISEL,"

14

15             Defendant.

16

17          Based on the stipulation of counsel, good cause appearing, and the best interest of

18  justice being served; the time requested by this stipulation being excludable in computing

19  the time within which the defendant must be indicted and the trial herein must commence

20  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

21  Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

22          IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled
    for July 11, 2023, at 4:00 p.m., be vacated and continued to
23  September 18, 2023, at 4:00 p.m., Courtroom 3A.

24

                                        5

1    DATED this ___ day of June, 2023.
           30th



2

3                                          _____
                                           HONORABLE DANIEL ALBREGTS
4                                          UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24