RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEATHER FRALEY
Assistant Federal Public Defender
Texas Bar No. 24050621
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heather_Fraley@fd.org

Attorney for Carlos Barrera-Maisel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00549-DJA-1 |
| Plaintiff, | ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | (Second Request) |
| CARLOS BARRERA-MAISEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heather Fraley, Assistant Federal Public Defender, counsel for Carlos Barrera-Maisel, that the Preliminary Hearing currently scheduled on September 18, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days after that date.

This Stipulation is entered into for the following reasons:

1. Defendant has entered into a "fast-track" disposition and the plea and sentencing hearing is scheduled on October 6, 2023, before Judge Gloria M. Navarro. After final disposition the preliminary hearing will be vacated.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow the case to complete the fast-track process.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

7. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the second request for a continuance of the preliminary hearing.

DATED this 14th day of September. 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   /s/ Heather Fraley<br>By_____<br>HEATHER FRALEY<br>Assistant Federal Public Defender |   /s/ Justin Washburne<br>By_____<br>Justin Washburne<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS BARRERA-MAISEL,<br><br>　　　　Defendant. | Case No. 2:23-mj-00549-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 18, 2023 at 4:00 p.m., be vacated and continued to October 16, 2023, at 4:00 p.m., Courtroom 3A.

DATED this 14th of September, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3